IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| CHON FLOWERS, <br> a.k.a. KHALIDEEN SAWWA AFA, <br> TDCJ-CID NO. 652860, <br><br> Plaintiff, <br><br> v. <br><br> WANDA J. ISBELLE, et al., <br><br> Defendants. | § § § § § § § § § § § § | CIVIL ACTION NO. H-12-1165 |

## FINAL JUDGMENT

This action is **DISMISSED** for the reasons stated in the court's Memorandum Opinion and Order entered this date.

This is a **FINAL JUDGMENT**.

**SIGNED** at Houston, Texas, on this 7th day of December, 2012.

_____
SIM LAKE
UNITED STATES DISTRICT JUDGE